# IN THE SUPREME COURT OF THE STATE OF NEVADA

DANE DAVAUGN FLY,
                         Appellant,
                vs.
THE STATE OF NEVADA,
                         Respondent.

No. 73194

**FILED**

JUN 2 6 2017

*ORDER DISMISSING APPEAL*

This is a pro se appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Elizabeth Goff Gonzalez, Judge.

The notice of appeal was untimely filed. NRAP 4(b); NRAP 26(a); NRAP 26(c). Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc: Hon. Elizabeth Goff Gonzalez, Chief Judge
    Dane Davaugn Fly
    Attorney General/Carson City
    Clark County District Attorney
    Eighth District Court Clerk